UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **CHRISTY DAUZAT** | * | **CIVIL ACTION NO: 1:22-CV-03624** |
| **VERSUS** | * | **JUDGE JAMES D. CAIN, JR.** |
| **UNDERWRITERS AT LLOYD'S LONDON** | * | **MAGISTRATE KATHLEEN KAY** |

**JOINT NOTICE OF SETTLEMENT IN-PRINCIPLE AND STIPULATION TO STAY ALL FUTURE DEADLINES**

PLEASE TAKE NOTICE that the parties have reached a settlement in-principle in the above captioned case.

Accordingly, in light of the parties' settlement, the parties hereby request through their respective counsel of record that this Honorable Court stay all future deadlines in this action. The parties further request that this Honorable Court continue any other pending motions, including, but not limited to, Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction (Document No. 23). The purpose of the stay is to allow the parties to finalize the settlement.

*Respectfully Submitted*,

**LABORDE EARLES LAW FIRM, LLC**

/s/Wesley K. Elmer
**WESLEY K. ELMER, (Bar# 23724)**
**MARY K. CRYAR, (Bar# 24062)**
**KADE R. STUTES, (Bar#40645)**
1901 Kaliste Saloom Road
Lafayette, Louisiana 70508
Phone: (337) 261-2617
Fax (337) 261-1934
maryc@onmyside.com
wesley@onmyside.com
kstutes@onmyside.com

and

**WOOD, SMITH, HENNING & BERMAN LLP**

**/s/ W. Riley Carter**
W. Riley Carter (La. Bar No. 39628)
Lynda A. Tafaro (La. Bar No. 25891)
1100 Poydras Street, Suite 2900
New Orleans, Louisiana 70163
Phone: (504) 386-9840
Fax: (504) 386-9841
Email: WCarter@wshblaw.com
ltafaro@wshblaw.com
Counsel for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing has been forwarded to all known counsel of record by U.S. Mail, postage prepaid and properly addressed and/or electronic service via the United States District Court on this 21st day of November, 2023.

*/s/Wesley K. Elmer*
**WESLEY ELMER**