UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| CHRISTY DAUZAT | § | CIVIL ACTION NO. 22-3624 |
| | § | |
| VERSUS | § | JUDGE JAMES D. CAIN, JR. |
| | § | |
| UNDERWRITERS AT LLOYD'S LONDON | § § | MAGISTRATE JUDGE KATHLEEN KAY |

## JUDGMENT OF DISMISSAL

Considering the foregoing *Joint Motion for Voluntary Dismissal;*

IT IS ORDERED, ADJUDGED and DECREED that the motion is GRANTED and the claims of Plaintiff, CHRISTY DAUZAT against Defendants, CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NO. LI631686-04, are hereby dismissed, with prejudice, each party to pay their own court costs.

THUS DONE AND SIGNED in Chambers this 17th day of April, 2024.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE